**B1 (Official Form 1) (04/13)**

# United States Bankruptcy Court
# Southern District of New York

## Voluntary Petition

Name of Debtor (if individual, enter Last, First, Middle): **ConnectEdu, Inc.**

Name of Joint Debtor (Spouse) (Last, First, Middle):

All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names):

All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names):

Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): **35-2168132**

Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all):

Street Address of Debtor (No. & Street, City, and State):
**150 West 30th Street, 16th Floor**
**New York, NY 10001**
ZIP CODE **10001-0000**

Street Address of Joint Debtor (No. & Street, City, and State):
ZIP CODE

County of Residence or of the Principal Place of Business: **New York**

County of Residence or of the Principal Place of Business:

Mailing Address of Debtor (if different from street address):
ZIP CODE

Mailing Address of Joint Debtor (if different from street address):
ZIP CODE

Location of Principal Assets of Business Debtor (if different from street address above):

### Type of Debtor
(Form of Organization)
(Check one box.)

- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ☒ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

### Nature of Business
(Check one box.)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☒ Other

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box)

- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Chapter 15 Debtors

Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

### Tax-Exempt Entity
(Check box, if applicable.)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

### Nature of Debts
(Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☒ Debts are primarily business debts.

### Filing Fee (Check one box.)

- ☒ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Chapter 11 Debtors

**Check one box:**
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☒ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter)*.

---

**Check all applicable boxes:**
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

### Statistical/Administrative Information

THIS SPACE IS FOR COURT USE ONLY

- ☒ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **ConnectEdu, Inc.** | |
|---|---|---|
| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.) | | |
| Name of Debtor: **See Attached "Rider to Voluntary Petition"** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

**Exhibit A**

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**

(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b).

X ______________________________

Signature of Attorney for Debtor(s) (Date)

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

______________________________
(Name of landlord that obtained judgment)

______________________________
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

**Voluntary Petition**
*(This page must be completed and filed in every case)*

Name of Debtor(s):
ConnectEdu, Inc.

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X ______________________________
Signature of Debtor

X ______________________________
Signature of Joint Debtor

______________________________
Telephone Number (If not represented by attorney)

______________________________
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X ______________________________
(Signature of Foreign Representative)

______________________________
(Printed Name of Foreign Representative)

______________________________
Date

### Signature of Attorney*

X ______________________________
Signature of Attorney for Debtor(s)
Sharon L. Levine
Wojciech F. Jung
Printed Name of Attorney for Debtor(s)
Lowenstein Sandler LLP
Firm Name
65 Livingston Avenue
Roseland, NJ 07068
Address
(973) 597-2500 Fax:(973) 597-2400
Telephone Number
April 28, 2014
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official form 19 is attached.

______________________________
Printed Name and title, if any, of Bankruptcy Petition Preparer

______________________________
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

______________________________
Address

X ______________________________

______________________________
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose social security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X ______________________________
Signature of Authorized Individual
Mark D. Podgainy
Printed Name of Authorized Individual
Chief Restructuring Officer
Title of Authorized Individual
April 28, 2014
Date

**RIDER TO VOLUNTARY PETITION**

Pending Bankruptcy Cases Filed by the Affiliate of the Debtor:

On April 28, 2014, each of the affiliated Debtors below filed a Petition in the United States Bankruptcy Court for the Southern District of New York for relief under title 11 of the United States Code.

Contemporaneously with the filing of their petitions, the Debtors filed a motion requesting that the Court consolidate their Chapter 11 Cases for administrative purposes only.

Experience, Inc.
Academic Management Systems, Inc.

**B4 (Official Form 4) (12/07)**

# United States Bankruptcy Court
## Southern District of New York

In re **ConnectEdu, Inc.** Debtor(s) Case No. ______ Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br>*Name of creditor and complete mailing address including zip code* | (2)<br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **New Market Education Partners<br>Attn: Mark Grovic<br>8161 Maple Lawn Boulevard<br>Suite 35<br>Fulton, MD 20759** | **New Market Education Parnters,<br>Attn: Mark Grovic<br>8161 Maple Lawn Boulevard<br>Fulton, MD 20759** | **Convertible Note** | | **1,000,000.00** |
| **OSF Global Services Inc.<br>12 Gill Street, Suite 4750<br>Woburn, MA 01801** | **OSF Global Services Inc.<br>12 Gill Street, Suite 4750<br>Woburn, MA 01801** | **Trade** | | **145,570.36** |
| **Nelson Mullins Riley & Scarborough LLP<br>Attn: Accounts Receivable<br>P.O. Drawer 11009<br>Columbia, SC 29211** | **Nelson Mullins Riley & Scarborough LLP<br>Attn: Accounts Receivable<br>Columbia, SC 29211** | **Trade** | | **127,831.24** |
| **Manuel Rodriguez<br>419 East 17th Street, Unit 1<br>Boston, MA 02127** | **Manuel Rodriguez<br>419 East 17th Street, Unit 1<br>Boston, MA 02127** | **Comission** | **Disputed** | **92,349.62** |
| **Tonya Cynn<br>12 Glen Street<br>Melrose, MA 02176** | **Tonya Cynn<br>12 Glen Street<br>Melrose, MA 02176** | **Commission** | **Disputed** | **87,912.36** |
| **AOL, Inc.<br>22000 AOL Way<br>Sterling, VA 20166** | **AOL, Inc.<br>22000 AOL Way<br>Sterling, VA 20166** | **Landlord** | | **63,481.26** |
| **Robert Half International<br>12400 Collections Center Drive<br>Chicago, IL 60693** | **Robert Half International<br>12400 Collections Center Drive<br>Chicago, IL 60693** | **Trade** | | **48,307.50** |
| **The New York Times Company<br>620 8th Avenue, 17th Floor<br>New York, NY 10018** | **The New York Times Company<br>620 8th Avenue, 17th Floor<br>New York, NY 10018** | **Trade** | | **46,070.00** |
| **SalesForce.com<br>P.O. Box 203141<br>Dallas, TX 75320** | **SalesForce.com<br>P.O. Box 203141<br>Dallas, TX 75320** | **Trade** | | **35,109.02** |
| **Shift Communications<br>275 Washington Street<br>Newton, MA 02458** | **Shift Communications<br>275 Washington Street<br>Newton, MA 02458** | **Trade** | | **31,500.00** |

B4 (Official Form 4) (12/07) - Cont.

In re ConnectEdu, Inc. Case No.

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br>*Name of creditor and complete mailing address including zip code* | (2)<br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **MDR<br>P.O. Box 75174<br>Chicago, IL 60675** | **MDR<br>P.O. Box 75174<br>Chicago, IL 60675** | **Trade** | | **24,477.47** |
| **Project Leadership Associates, Inc.<br>120 South LaSalle, Suite 1200<br>Chicago, IL 60603** | **Project Leadership Associates, Inc.<br>120 South LaSalle, Suite 1200<br>Chicago, IL 60603** | **Trade** | | **24,020.56** |
| **CMA Consulting<br>700 Troy - Schenectady Road<br>Latham, NY 12110** | **CMA Consulting<br>700 Troy - Schenectady Road<br>Latham, NY 12110** | **Trade** | | **23,400.00** |
| **Paetec Communication<br>P.O. Box 9001013<br>Louisville, KY 40290** | **Paetec Communication<br>P.O. Box 9001013<br>Louisville, KY 40290** | **Trade** | | **22,631.16** |
| **Delisi Communications<br>823 Congress Avenue<br>Suite 1000B<br>Austin, TX 78701** | **Delisi Communications<br>823 Congress Avenue<br>Suite 1000B<br>Austin, TX 78701** | **Trade** | | **20,500.00** |
| **SSD, Inc. Technology Partners<br>1024 Justison Street<br>Wilmington, DE 19801** | **SSD, Inc. Technology Partners<br>1024 Justison Street<br>Wilmington, DE 19801** | **Trade** | | **20,250.00** |
| **Intacct Corporation<br>150 Almaden Boulevard, Suite 1<br>San Jose, CA 95113** | **Intacct Corporation<br>150 Almaden Boulevard, Suite 1<br>San Jose, CA 95113** | **Trade** | | **19,826.25** |
| **Jobsity<br>228 Park Avenue South<br>Suite 62771<br>New York, NY 10003** | **Jobsity<br>228 Park Avenue South<br>Suite 62771<br>New York, NY 10003** | **Trade** | | **19,600.00** |
| **Theorem Inc.<br>26 Main Street, Suite 302<br>Chatham, NJ 07928** | **Theorem Inc.<br>26 Main Street, Suite 302<br>Chatham, NJ 07928** | **Trade** | | **18,000.00** |
| **A Nelnet Company<br>P.O. Box 30219<br>Omaha, NE 68103** | **A Nelnet Company<br>P.O. Box 30219<br>Omaha, NE 68103** | **Trade** | | **17,500.00** |

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

B4 (Official Form 4) (12/07) - Cont.

In re ConnectEdu, Inc. Debtor(s) Case No.

**LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS**
(Continuation Sheet)

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP**

I, the Chief Restructuring Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date April 28, 2014 Signature

Mark Podgainy
Chief Restructuring Officer

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com

# United States Bankruptcy Court
## Southern District of New York

In re ConnectEdu, Inc.
Debtor(s)

Case No.
Chapter 11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|

SEE ATTACHED SCHEDULE "A"

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Chief Restructuring Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date 4/25/2014

Signature
Mark Podgainy

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

**Schedule A**

| | Total Preferred Shares[1] | Preferred & Ord Common Warrants | Ordinary Common Shares | Ordinary Common Options | Total Preferred & Common | Class A Common | Diluted Owner-ship |
|---|---|---|---|---|---|---|---|
| Allen and Co.<br>c/o Peter DiLorio<br>711 5th Avenue<br>8th Floor<br>New York, NY 10022 | 39,413 | 72,634 | – | – | 112,047 | – | 10.00% |
| Anthony Reeves<br>142 Upper Richmond Road<br>West London UK SN14 8DS | 6,028 | 10,442 | – | – | 16,470 | – | 1.47% |
| Bernard Buonanno<br>45 Loring Avenue<br>Providence, RI 02906 | – | – | 3,582 | – | 3,582 | – | 0.32% |
| Bogdan Nowak<br>4 Cedar Rock East<br>Greenwich, RI 02818 | 19,497 | 33,773 | – | – | 53,270 | – | 4.75% |
| Bill Daugherty*<br>100 Adams Point Road<br>Barrington RI 02806 | 7,048 | 12,209 | – | 180 | 19,436 | – | 1.73% |
| Ralph James*<br>79 Puritan Lane<br>Swampscott MA 01907 | 13,482 | 23,354 | – | 180 | 37,016 | – | 3.30% |
| Brad Faxon<br>225 Hixbridge Rd.<br>Westport, MA 02790 | 2,570 | 4,452 | – | – | 7,022 | – | 0.63% |
| Eileen N. Faxon and Bradford J. Faxon<br>225 Hixbridge Rd.<br>Westport, MA 0279 | – | – | 1,202 | – | 1,202 | – | 0.11% |
| Brett Quigley<br>19129 Southeast Windward Island Way<br>Jupiter FL 33458 | 846 | 1,466 | – | – | 2,312 | – | 0.21% |
| Brian Costello<br>15 Holmes Court<br>Darien CT 06820 | 2,065 | 3,578 | – | – | 5,643 | – | 0.50% |
| Bullion Investments<br>c/o John H. Bullion<br>6016 Shane Drive<br>Chicago, IL 60614 | 519 | 899 | – | – | 1,419 | – | 0.13% |
| Catherine Paglia<br>2 Oakwood Lane<br>Greenwich, CT 06830 | 651 | 1,128 | – | – | 1,779 | – | 0.16% |
| Craig Powell*<br>321 Dartmouth St., Apt. 1<br>Boston, MA 02116 | – | – | 7,893 | 14,239 | 22,132 | 5,000 | 1.97% |
| Charles Ayres<br>117 E 72nd Street<br>New York, NY 10021 | 4,438 | 7,687 | – | – | 12,125 | – | 1.08% |
| CJ Floros<br>497 Boylson Street<br>Brookline, MA 02445 | – | – | – | 375 | 375 | – | 0.03% |
| Cory Kallet<br>803 Winding Way<br>Rivervale, NJ 07675-6140 | – | – | – | 150 | 150 | 10 | 0.01% |
| David Murdoch<br>649 Pine Street<br>Winnetka, IL 60093 | 15,857 | 27,468 | – | – | 43,325 | – | 3.86% |
| David Ives<br>5 Cherry Hill Street<br>West Newbury, MA 01985 | 3,573 | 6,190 | – | – | 9,763 | – | 0.87% |
| E Byron Hensley<br>SeniorLink<br>500 Boylston Street Suite 640<br>Boston, MA 02116 | 701 | 1,209 | – | – | 1,910 | – | 0.17% |
| Edmund Hajim<br>600 5th Avenue, 25th Floor<br>New York, NY 10020 | – | – | 1,107 | – | 1,107 | – | 0.10% |
| Edward Cahill<br>775 High Street<br>Dedham, MA 02026 | 933 | 1,616 | – | – | 2,549 | – | 0.23% |
| Edward Ricci<br>BNY Mellon<br>Wealth Management<br>1 Financial Plaza #2200<br>Providence RI 02903 | 2,663 | 4,613 | – | – | 7,276 | – | 0.65% |
| Elisabeth Mims<br>BNY Mellon<br>Wealth Management<br>1 Financial Plaza #2200<br>Providence RI 02903 | 480 | 831 | – | – | 1,311 | – | 0.12% |
| Emil Henry<br>717 5th Avenue<br>New York, NY 10022 | 3,522 | 6,101 | – | – | 9,622 | – | 0.86% |
| 1200 California Street Apt 25B<br>San Francisco CA 94109 | – | – | 91 | – | 91 | – | 0.01% |
| Edward Fischer<br>Eric Rasmussen US Trust Bank of America Private<br>Wealth Management<br>100 Westminster Street<br>RI1-536-02-04<br>Providence, RI 02903 | 2,885 | 4,998 | – | 6,177 | 14,061 | 1,500 | 1.25% |

| | Total Preferred Shares[1] | Preferred & Ord Common Warrants | Ordinary Common Shares | Ordinary Common Options | Total Preferred & Common | Class A Common | Diluted Owner-ship |
|---|---|---|---|---|---|---|---|
| Frank Sica<br>3 Westway<br>Bronxville NY 10708 | 2,644 | 4,581 | – | – | 7,225 | – | 0.64% |
| H James Field<br>BNY Mellon<br>Wealth Management<br>1 Financial Plaza #2200<br>Providence RI 02903 | 3,101 | 5,370 | – | – | 8,472 | – | 0.76% |
| Habib Gorgi<br>151 Grotto Avenue<br>Providence, RI 02906 | 24,382 | 42,236 | – | – | 66,618 | – | 5.94% |
| Hetz Family<br>14 Summit Avenue<br>Kennebunkport ME 04046 | 4,379 | 7,586 | – | – | 11,966 | – | 1.07% |
| J Fitzgibbons Holdings<br>The Cyrysler Building, 71st Floor<br>405 Lexington Avenue<br>New York, NY 10174 | – | – | 250 | – | 250 | – | 0.02% |
| James Carlin<br>54 Thackeray Road<br>Wellesley, MA 02481 | 1,680 | 2,911 | – | – | 4,591 | – | 0.41% |
| James Burke<br>480 Park Avenue #11F<br>New York, NY 10022 | 24,795 | 42,950 | – | – | 67,745 | – | 6.04% |
| James Gladney<br>317 Iron Horse Way, Suite 300<br>Providence, RI 02908 | – | – | 49 | – | 49 | – | 0.00% |
| Jay Sarles*<br>Eaglevale LLC<br>75 Federal Street 18th Floor<br>Boston, MA 02110 | 12,654 | 60,320 | – | – | 72,974 | – | 6.51% |
| Jeffrey Vogel<br>Bank of New York Mellon<br>19 Blackstone Boulevard<br>Providence, RI 02906 | – | – | 49 | – | 49 | – | 0.00% |
| Jennifer Field<br>BNY Mellon<br>Wealth Management<br>1 Financial Plaza #2200<br>Providence RI 02903 | 480 | 158 | – | – | 638 | – | 0.06% |
| JK Freedom Ventures<br>7503 Loasa Cove<br>Austin, TX 78735 | 1,394 | 2,406 | – | – | 3,800 | – | 0.34% |
| John Cozzi<br>450 Kimball Turn<br>Westfield, NJ 07090 | 1,607 | 7,583 | – | – | 9,190 | – | 0.82% |
| John Burke*<br>510 W. Arlington Place<br>Chicago, IL 60614 | 13,256 | 22,962 | 200 | – | 36,418 | – | 3.25% |
| John Mathew<br>5 Dewitt Lane<br>Hillsborough, NJ 08844 | 142 | 252 | – | – | 394 | – | 0.04% |
| John Petrucelli<br>10 Burnt Swamp Road<br>East Kingston, NH 03827 | – | – | – | 1,556 | 1,556 | – | 0.14% |
| Jeff Alderson | – | – | – | 139 | 139 | – | 0.01% |
| Jane Swift | – | – | – | 1,346 | 1,346 | – | 0.12% |
| Keith Authelet<br>8 Grundys Way<br>Cumberland, RI 02864 | – | – | 250 | – | 250 | – | 0.02% |
| Kimball Mayer | 178 | 309 | – | – | 487 | – | 0.04% |
| Kevin Barney<br>ConnectEDU, Inc.<br>600 Atlantic Avenue, 20th Floor<br>Boston, MA 02210 | – | – | – | 1,250 | 1,250 | 250 | 0.11% |
| LeAnn Coe | – | – | – | 106 | 106 | – | 0.01% |
| Marc Crisafulli<br>BNY Mellon<br>Wealth Management<br>1 Financial Plaza #2200<br>Providence RI 02903 | – | – | 924 | – | 924 | – | 0.08% |

| | Total Preferred Shares[1] | Preferred & Ord Common Warrants | Ordinary Common Shares | Ordinary Common Options | Total Preferred & Common | Class A Common | Diluted Ownership |
|---|---|---|---|---|---|---|---|
| Matthew Marcello<br>Hinckley, Allen & Snyder LLP<br>50 Kennedy Plaza, Suite 1500<br>Providence, RI 02903 | 532 | 921 | – | – | 1,453 | – | 0.13% |
| Michael Costello*<br>74 Paterson Street<br>Providence, RI 02906 | 8,064 | 13,969 | 180 | – | 22,213 | – | 1.98% |
| Michael Young<br>145 Clinton Street<br>Brooklyn NY 11201 | – | – | 1,652 | – | 1,652 | – | 0.15% |
| Margaret Spellings*<br>1333 New Hampshire Ave #601 Washington, DC 20036 | 98 | 169 | – | 281 | 548 | 50 | 0.05% |
| Matt Heller<br>2839 Avenel Street<br>Los Angeles, CA 90096 | – | – | – | 200 | 200 | 25 | 0.02% |
| Marie DeMego<br>13 Merrill Road<br>Hampton Falls, NH 03844-2323 | – | – | – | 100 | 100 | 25 | 0.01% |
| Matthew Cohen<br>353 N. Greeley Avenue<br>Chappaqua, NY 10514 | – | – | 52 | – | 52 | – | 0.00% |
| Nick Ciarcia<br>UBS Financial Services Inc.<br>FBO Nicolas Ciarcia<br>IRA WD-05727<br>Weehawken, NJ 07086 | – | – | 208 | 150 | 358 | 100 | 0.03% |
| Peter Lamm<br>300 Central Park West New York, NY 10024 | 2,643 | 4,578 | – | – | 7,221 | – | 0.64% |
| Progressive Ed Strategies | – | – | 450 | – | 450 | – | 0.04% |
| Parney Hagerman | – | – | 120 | – | 120 | – | 0.01% |
| R Byron Carlock<br>4201 Lakeside Dr.<br>Dallas, TX 75219 | 348 | 602 | – | – | 950 | – | 0.08% |
| Richard Dresdale*<br>29 Prescott Avenue<br>Bronxville NY 10708 | 22,274 | 38,584 | – | 180 | 61,038 | – | 5.45% |
| Richard Small<br>Edwards Angell Palmer &<br>Dodge, LLP<br>2800 Financial Plaza<br>Providence, RI 02903 | 1,002 | 1,735 | 180 | – | 2,917 | – | 0.26% |
| Richard Landau<br>41 Intervale Road<br>Providence, RI 02906 | – | – | 5,108 | – | 5,108 | – | 0.46% |
| Rick Blaisdell<br>c/o The Wealth Protection Organization, Inc.<br>106 Corporate Park Dr. , Suite 405<br>White Plains, NY 10604 | – | – | – | 2,473 | 2,473 | 250 | 0.22% |
| Fischer Associates<br>BNY Mellon<br>Wealth Management<br>1 Financial Plaza #2200<br>Providence RI 02903 | 615 | 1,065 | – | – | 1,680 | – | 0.15% |
| Robert Fischer IRA<br>BNY Mellon<br>Wealth Management<br>1 Financial Plaza #2200<br>Providence RI 02903 | 589 | 1,021 | – | – | 1,610 | – | 0.14% |
| Robert James<br>521 Fifth Avenue #1804<br>New York, NY 10175 | 7,126 | 12,343 | – | – | 19,469 | – | 1.74% |
| Robert Savoie<br>202 Locha Dr.<br>Jupiter, FL 33458 | – | – | 508 | – | 508 | – | 0.05% |
| Russell Keene<br>60 Partridge Drive<br>Westwood, MA 02090 | 1,403 | 2,431 | – | – | 3,834 | – | 0.34% |
| Emily C. Mencoff Dynasty Trust | 11,076 | 19,187 | – | – | 30,263 | – | 2.70% |
| Samuel Mencoff<br>"Samuel M. Mencoff<br>c/o Madison Dearborn Partners<br>Three First National Plaza,<br>Suite 4600<br>Chicago, IL 60602" | 11,076 | 19,187 | – | – | 30,263 | – | 2.70% |
| George G. Mencoff Dynasty Trust | 11,076 | 19,187 | – | – | 30,263 | – | 2.70% |
| Savoie Capital<br>202 Locha Dr.<br>Jupiter, FL 33458 | – | – | 516 | – | 516 | – | 0.05% |
| Stephen Tortolani, President<br>Ingenix<br>12 Elm Lane<br>Barrington, RI 02806 | 1,182 | 2,047 | – | – | 3,229 | – | 0.29% |
| Samantha Mansfield | – | – | 30 | – | 30 | – | 0.00% |

| | Total Preferred Shares(1) | Preferred & Ord Common Warrants | Ordinary Common Shares | Ordinary Common Options | Total Preferred & Common | Class A Common | Diluted Owner-ship |
|---|---|---|---|---|---|---|---|
| The Newton Fund<br>3 Valley View Lane<br>Orinda, CA 94563 | 4,590 | 7,951 | – | – | 12,541 | – | 1.12% |
| Thomas Ryan<br>BNY Mellon<br>Wealth Management<br>1 Financial Plaza #2200<br>Providence RI 02903 | 3,084 | 5,341 | – | – | 8,425 | – | 0.75% |
| Thomas Riley*<br>118 Huntington Ave #1003<br>Boston, MA 02116 | 5,912 | 12,871 | 7,565 | 980 | 27,328 | – | 2.44% |
| Todd Martin<br>156 Coach Lamp Way,<br>Ponte Vedra Beach, FL 32082 | – | – | 266 | – | 266 | – | 0.02% |
| Tim Brown<br>205 E 22nd St 4C<br>New York NY 10010 | – | – | 350 | 750 | 1,100 | 250 | 0.10% |
| Viking Capital Partners<br>3 Valley View Lane<br>Orinda, CA 94563 | 1,476 | 2,557 | – | – | 4,034 | – | 0.36% |
| Walter O'Hara, Managing Director<br>Allen & Co.<br>711 5th Avenue<br>New York, NY 10022 | – | – | 110 | – | 110 | – | 0.01% |
| William Scatchard<br>42 Brush Hill Road<br>Sherborn, MA 01770 | 1,044 | 1,809 | – | – | 2,854 | – | 0.25% |
| William Caskey<br>66 Governor Bradford Drive<br>Barrington, RI 02860 | – | – | 197 | – | 197 | – | 0.02% |
| North Atlantic SBIC IV, LP | 9,196 | 66,861 | – | – | 76,057 | – | 6.78% |
| Myrian Capital | 10,000 | 49,869 | – | – | 59,869 | – | 5.34% |
| Other Employees(2) | – | – | – | 884 | 884 | – | 0.08% |
| Unalloc Mgmt Common | – | – | – | 15,375 | 15,375 | – | 1.37% |
| Total | 332,268 | 708,558 | 33,091 | 47,071 | 1,120,988 | 7,460 | 100.0% |

(1) Inclusive of Series A-1 through G.

(2) Consists of several employees all owning less than 100 options.

# United States Bankruptcy Court
## Southern District of New York

In re ConnectEdu, Inc.
Debtor(s)

Case No.
Chapter 11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for ConnectEdu, Inc. in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

Allen and Co.
c/o Peter DiLorio
711 5th Avenue, 8th Floor
New York, NY 10022

☐ None [*Check if applicable*]

April 28, 2014
Date

Sharon L. Levine
Signature of Attorney or Litigant
Counsel for ConnectEdu, Inc.

**Lowenstein Sandler LLP**
**65 Livingston Avenue**
**Roseland, NJ 07068**
**(973) 597-2500 Fax:(973) 597-2400**

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

**RESOLUTIONS APPROVED BY
THE BOARD OF DIRECTORS
OF
CONNECTEDU, INC.,
a Delaware corporation**

Adopted as of: April 28, 2014

The Board of Directors (the "Board") of ConnectEdu, Inc., a Delaware corporation (the "Company"), acting at a special meeting, adopts the following corporate resolutions, effective for all purposes as of the date first written above:

WHEREAS, the special meeting was called in accordance with the by-laws of the Company, any notice requirements being satisfied or deemed waived;

WHEREAS, the Board reviewed and considered the liabilities and liquidity of the Company, the strategic alternatives available to it, the valuation of the Company and its affiliates, and the impact of the foregoing on the Company's business;

WHEREAS, the Board had the opportunity to consult with the management and the Company's advisors and fully consider the strategic alternatives available to the Company; and

WHEREAS, the Board deems it advisable and in the best interest of the Company and its creditors, interest holders, and other parties in interest, to consent to and adopt, in the name and on behalf of the Company, the resolutions set forth below.

NOW, THEREFORE, BE IT:

RESOLVED, that the Company, with the assistance of the Company's advisors, is authorized and directed to (i) prepare, execute and file with the appropriate court a petition under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") and (ii) take such other and further actions and steps as any of the Authorized Officers (defined below) may deem necessary, appropriate or advisable to obtain for the Company any and all appropriate relief to which they are or may be entitled under chapter 11 of the Bankruptcy Code; and be it further

RESOLVED, that the Company is authorized and directed to retain and employ, Lowenstein Sandler LLP ("Lowenstein") as legal counsel to the Company in connection with its existing financial arrangements, capitalization, and to represent and assist the Company in carrying out its duties under the Bankruptcy Code and to take any and all actions, make any filings or assist with any transactions to advance the Company's rights in connection therewith; and in connection therewith, the Board or any of the Authorized Officers, with the power of delegation, are authorized and directed to execute any appropriate retention agreements, pay appropriate retainers, and to cause to be filed an appropriate application for authority to retain the services of Lowenstein; and be it further

RESOLVED, the Company is authorized and directed to retain and employ, Getzler Henrich & Associates LLC ("Getzler Henrich") to provide a Chief Restructuring Officer

("CRO") to the Company, and, along with any or all of the officers of the Company so designated by the Board, acting alone or with one or more other officers of the Company (individually, each an "Authorized Officer" and collectively, the "Authorized Officers"), to represent and assist the Company in carrying out its duties under the Bankruptcy Code and to take any and all actions to advance the Company's rights in connection therewith; and in connection therewith, the Board or any of the Authorized Officers, with power of delegation, are hereby authorized and directed to execute any appropriate retention agreements, pay appropriate retainers, and to cause to be filed appropriate applications for authority to retain the services of Getlzer Henrich; and be it further

RESOLVED, that Mark Podgainy is appointed CRO of the Company, shall report to the Board or such officers of the Company as directed by the Board, and for all purposes shall be an Authorized Officer. Mr. Podgainy will continue to be employed by Getlzer Henrich; and be it further

RESOLVED, that the Authorized Officers are, and any one of them, including the CRO, acting alone is, authorized to execute and file on behalf of the Company all petitions, schedules, lists, and other motions, papers, or documents, and to take any and all actions that they deem necessary or proper to obtain relief under the Bankruptcy Code, including, without limitation, any action necessary to maintain the ordinary course operation of the Company's business; and be it further

RESOLVED, that the Authorized Officers are, and any one of them, including the CRO, acting alone is, authorized and empowered to employ, in the name and on behalf of the Company, any other professionals to assist the Company in connection with its financial arrangements, capitalization or any transactions related thereto, to represent and assist the Company in carrying out its duties under the Bankruptcy Code; and in connection therewith, any of the Authorized Officers, with power of delegation, are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed an appropriate application for authority to retain the services of any other professionals as necessary; and be it further

RESOLVED, that the Authorized Officers are, and any one of them, including the CRO, acting alone is, authorized and empowered to execute, deliver and perform any agreement, document or any amendment to the foregoing, in the name and on behalf of the Company and the documents related thereto, all on such terms as any of the Authorized Officers, or any of them, deem necessary or advisable in order to carry out the purpose and intent of the foregoing resolutions; and be it further

RESOLVED, that the Authorized Officers are, and any one of them, including the CRO, acting alone is, hereby authorized, empowered and directed, in the name and on behalf of the Company, to take such additional actions, to perform all acts and deed, and to execute, ratify, certify, deliver, file and record such additional agreements, notices, certificates, instruments, applications, payments, letters and documents as any of them may deem necessary or appropriate to implement the provisions of the foregoing resolutions, and to appoint such agents on behalf of the Company as such Authorized Offices, and any of them, may deem necessary or appropriate

in connection with the transactions contemplated by any of the foregoing, the authority for the taking of such action to be conclusive evidence thereof, and be it further

RESOLVED, that any and all past actions heretofore taken by the Board or any Authorized Officer in the name and on behalf of the Company in furtherance of any or all of the foregoing resolutions be, and the same hereby are, ratified, confirmed and approved in all respects.

*[End of page]*

IN WITNESS WHEREOF, the undersigned, as Chairman of the Board, hereby certifies on behalf of the Company, and not in his individual capacity, that at a meeting of the Board held on April 28, 2014, the above resolutions were duly adopted.

By: ______________________________
Thomas P. Riley, Chairman