UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re:                                                                    Chapter 11

ConnectEdu, Inc., et al.,                                         Case No. 14-11238 (SCC)

                                        Debtors.
-----------------------------------------------------------x

## APPOINTMENT OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS

William K. Harrington, the United States Trustee for Region 2, hereby appoints the following unsecured creditors who are willing to serve on the Official Committee of Unsecured Creditors, pursuant to 11 U.S.C. § 1102(a) and § 1102(b):

1. Delisi Communications
   823 Congress Avenue
   Suite 1000B
   Austin, TX  78701
   Attn:  Ted Delisi, Founder and Partner
   Email:  td@delisicomm.com
   Telephone:  (512) 476-7003

2. D&B/MDR
   c/o Receivable Management Svs.
   307 International Circle
   Suite 270
   Hunt Valley, MD  21030
   Attn:  Ronald Rowland, Esq., Agent and Steven Sass, Esq., Agent
   Email:  Ronald.Rowland@IQOR.com; Steven.Sass@IQOR.com
   Telephone:  Ronald Rowland: (410) 773-4002; Steven Sass: (410) 773-4040

3. Tonya Cynn
   12 Glen Street
   Melrose, MA, 02176
   Email:  tonyadiane@gmail.com
   Telephone:  (617) 901-3643

Dated:  New York, New York
        May 16, 2014                                      Respectfully submitted,

                                                          WILLIAM K. HARRINGTON
                                                          UNITED STATES TRUSTEE

                                                    By:   /s/ Susan D. Golden
                                                          Susan Golden
                                                          Trial Attorney
                                                          201 Varick Street – Suite 1006
                                                          New York, New York 10014
                                                          Telephone:  (212) 510-0500