**COOLEY LLP**
Jeffrey L. Cohen
Seth Van Aalten
Alex R. Velinsky
1114 Avenue of the Americas
New York, New York 10036
Telephone: 212.479.6000
Facsimile: 212.479.6275

*Proposed Counsel to the Official Committee of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------- x
In re:                                                    :    Chapter 11
                                                          :
ConnectEdu, Inc., *et al.*,[1]                            :    Case No. 14-11238 (SCC)
                                                          :
                            Debtors.                      :    Jointly Administered
                                                          :
---------------------------------------------------------- x

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF DOCUMENTS**

**PLEASE TAKE NOTICE** that the attorneys set forth below for the Official Committee of Unsecured Creditors of ConnectEdu, Inc., et al. (the "Committee"), hereby appear pursuant to Section 1109(b) of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") as proposed counsel in this case for the Committee and such counsel hereby request, pursuant to Rules 2002 and 9007 of the Bankruptcy Rules and Sections 342 and 1109(b) of the Bankruptcy Code, that all copies of all notices and pleadings given or filed in the case be given and served upon the undersigned at the following addresses and telephone/facsimile numbers:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: (1) ConnectEdu, Inc. (8132) ("ConnectEdu") and its direct subsidiaries: (2) Experience, Inc. (0757) ("Experience"); and (3) Academic Management Systems, Inc. (0844) ("AMS"). The location of the Debtors' corporate headquarters is 600 Atlantic Avenue, 20th Floor, Boston, MA 02210.

107307145 v1

        Jeffrey L. Cohen
        Seth Van Aalten
        Alex R. Velinsky
        COOLEY LLP
        1114 Avenue of the Americas
        New York, New York 10036
        Telephone: (212) 479-6000
        Facsimile: (212) 479-6275
        jcohen@cooley.com
        svanaalten@cooley.com
        avelinsky@cooley.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, or otherwise filed or made with regard to the referenced cases and proceedings therein.

Dated:   May 22, 2014
           New York, New York

                                          By:   /s/ Jeffrey L. Cohen
                                                    Jeffrey L. Cohen

                                          COOLEY LLP
                                          1114 Avenue of the Americas
                                          New York, New York 10036
                                          Telephone: 212.479.6000
                                          Facsimile: 212.479.6275
                                          Jeffrey L. Cohen
                                          Seth Van Aalten
                                          Alex R. Velinsky

                                          *Proposed Counsel to the Official Committee of Unsecured Creditors*

# CERTIFICATE OF SERVICE

I, Jeffrey L. Cohen, hereby certify that on the 22th day of May, 2014, I caused a copy of the foregoing **Notice of Appearance and Request for Service of Documents** to be served upon the Clerk of the United States Bankruptcy Court for the Southern District of New York *via electronic filing*. I further certify that copies of said Notice were also served upon the parties set forth below *via electronic filing*.

| | |
|---|---|
| Office of the United States Trustee<br>US Federal Office Building<br>201 Varick St Ste 1006<br>New York, NY 10014<br>Attn: Susan Golden | Sharon L. Levine, Esq.<br>Wojciech F. Jung, Esq.<br>Jillian L. Zadie, Esq.<br>Lowenstein Sandler LLP<br>1251 Avenue of the Americas, 17th Floor<br>New York, NY 10020 |

By:   /s/ Jeffrey L. Cohen
          Jeffrey L. Cohen

COOLEY LLP
1114 Avenue of the Americas
New York, New York 10036
Telephone: 212.479.6000
Facsimile: 212.479.6275
Jeffrey L. Cohen
Seth Van Aalten
Alex R. Velinsky

*Proposed Counsel to the Official Committee of Unsecured Creditors*

107307145 v1